JK

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 03 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NIAMEH A. TYEHIMBA

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County D.O.C.
C.O. MS. GODDEK
C.O. MR. LEWIS
CCDOC MEDICAL STAFF

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:22-cv-01139
Judge Mary M. Rowland
Magistrate Judge Sheila M. Finnegan
RANDOM
PC 7

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: NIAMEH A. TYEHIMBA

   B. List all aliases: None

   C. Prisoner identification number: 20201106122

   D. Place of present confinement: CCDOC DIV:8 Tier:3G

   E. Address: 2700 S. California Ave. Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: GONDEK

      Title: Correctional Officer

      Place of Employment: C.C.D.O.C

   B. Defendant: LEWIS

      Title: Correctional Officer

      Place of Employment: C.C.D.O.C

   C. Defendant: Medical Personal

      Title: Medical Staff

      Place of Employment: C.C.D.O.C

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the above Date and Time on 2/12/22 between 3:30pm and 4:30pm in Division 9, Tier 2H, Cell 2058. I experienced a traumatic event. (Paragraph 1) Where I had my Left hand placed outside my Chuckhold for blanket exchange. Prior to that our Cell was raided all blankets and Sheets were confiscated except for one. Upon me trying to explain my situation to the deputy doing Laundry (name unknown). C/O Ms. Gondek began to walk up to my Cell Door and Proceeded Closing and Slamming my hand in the Chuckhold while the other officer doing Laundry (name unknown) Tried to help her do so. I Screamed and Yelled "Please Stop you are Hurting me! Please let go!" I recited this over and over until C/O Ms. Gondek began to twist and turn my fingers in odd and unusual ways that were very painful and unbearable. Then I seen and felt her Snap and break my Little Finger. Once C/O Ms. Gondek Seen and Knew as well She Stated "See

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

What You made me do You Stupid Nigger!" Finally after an unknown amount of time of the Situation Occuring Me and my Cellmate, Last name, HIBBLER, ID# unknown, was a witness to the whole situation. He told me to remain Calm and helped me onto my bunk. Few minutes Later we were Let out For dayroom (Paragraph 2) I informed C/O mr. Lewis that I needed urgent Care that I was in alot of Pain and Summarized what happened to me to him. C/O mr. Lewis Stated "Please Back up, Youll have to wait until med-pass." I Stated "Please help me I Am in alot of Pain and Feel Very faint also my Vision is distorted." C/O mr. Lewis went and Sat down I Called him back to help me and he Stated "I Cant help You bro." I began to Panic and Hyperventilate Causing me to Pass out and have a Seizure and be Hospitalized in St. Anthonys For broken bones and Possible brain Damage. (witness Division 9, Tier 2H, Cameras.)

02/18/22 [signature]

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want 100,000 for my Pain & Suffering
I want 50,000 for Deliberate Indifference
I want 50,000 for Failure to Protect / Comply
I want 40,000 for Cruel and Unusual Punishment
I want Defendants to Pay for Any fees Issued By The Courts
Compensation for All of The Above in The amount of 240,000.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __18th__ day of __February__, 20__22__

__NIAMEH A. TYEHIMBA__
(Signature of plaintiff or plaintiffs)

__NIAMEH A. TYEHIMBA__
(Print name)

__20201106122__
(I.D. Number)

C.C.D.O.C Div: 8 Tier: 3G
2700 S. California Ave.
Chicago, IL 60608
(Address)

# INSTRUCTIONS FOR FILING
# A COMPLAINT UNDER THE CIVIL RIGHTS ACT
### 42 U.S.C. § 1983 (against state, county, or municipal defendants) or
### A "BIVENS" ACTION, 28 U.S.C. § 1331
### (against federal defendants)

This packet includes a complaint form and one application to proceed in forma pauperis (as a poor person) with financial affidavit. Local Rule 81.1 of the Local Rules of this court requires prisoners in custody filing suit under 42 U.S.C.§1983 to use the court's form. This form is not something submitted with the complaint, it is the complaint. **All questions on this form must be answered on the form.** (You may attach additional sheets if necessary to complete your answer.) It is not permitted to answer a question "see attached" or "see attached complaint." Such complaints may be summarily dismissed without prejudice. If you should choose to draft your own complaint instead of using the court's form, you must still include the information asked for in the court's form.

To bring a lawsuit, you must submit a complaint bearing your original signature. If you do not have access to a photocopier, you may request more copies of the complaint form from the Clerk of the Court so that you may make conformed copies. You should keep a copy of the complaint for your own records. In forma pauperis status does not entitle you to free copies of court records or documents. Therefore, the Clerk of the Court must charge you if you need photocopies of your complaint or any other motion or document.

If your defendants are state, county, or municipal employees, you should file your case under 42 U.S.C. § 1983. If your defendants are employees of the United States Government, you should file your case under 28 U.S.C. § 1331. If neither statute applies, you should cite the applicable statute, if known.

Your complaint and all other documents must be legibly handwritten or typewritten on one side of letter-sized (8½" x 11") paper and signed by all plaintiffs. It is not necessary to swear to the complaint before a notary public. However, you are warned that any false statement of a material fact may subject you to dismissal of your case as well as prosecution and conviction for perjury.

All questions must be answered concisely in the proper space on the forms. If you need additional space to answer a question, you may use additional blank pages. **YOUR COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS**. You are required only to state the facts. You must describe how each defendant is personally involved in the activities upon which your claim is based.

### Personal Identifiers
Federal Rules of Civil Procedure 5.2 addresses privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number or taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number. Please review the rule for a complete listing and exceptions.

### Filing Fee

The filing fee is $400. In addition, the United States Marshal may require you to pay the cost of serving the complaint on each of the defendants. If you are unable to pay the filing fee of $400 and service costs for this action, you must petition the court to allow you to proceed in forma pauperis (that is, without prepaying costs and fees).

The Prison Litigation Reform Act ("PLRA") has changed the process for proceeding in forma pauperis. **Even if you are granted leave to proceed in forma pauperis, you will be responsible for paying the full amount of the $400 fee for filing a complaint or the $505 fee for filing an appeal in installment payments.** The initial installment is 20 percent of the greater of (1) the average monthly deposits (including any state pay and gifts) to your inmate trust fund account or (2) the average monthly balance in your account for the six-month period immediately preceding the filing of your complaint or notice of appeal. The court will calculate the initial installment and inform the institution having custody of you to remit this amount.

After the first installment is paid, you will be required to make monthly payments of 20 percent of the preceding month's income credited to your account. You should not send these monthly payments yourself. The institution having custody of you will forward the payments from your account to the clerk of the court each time the amount in your account exceeds $10 until the filing fees are paid in full.

If you have no assets or other means to pay the **initial** installment, you will still be allowed to bring your action or appeal. However, you will be required to pay the entire filing fee in installments as described above as money becomes available in your account.

If a court issues a judgment against you that includes the payment of costs, you will be required to pay these costs and they will be collected in the same manner as your filing fee.

### *In Forma Pauperis* Application

To file your application to proceed *in forma pauperis*, you must complete, sign, and attest as true and correct under penalty of perjury the enclosed application and financial affidavit. You must have an authorized officer at the correctional institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **You must also attach a certified copy showing all transactions in your inmate trust fund account from each institution where you resided for the six-month period immediately preceding the filing of your complaint.** If you have been in more than one institution during the past six months, you must attach trust fund accounts from each institution. If there is more than one plaintiff, then each plaintiff must complete a separate in forma pauperis application and attach a copy of his or her trust fund account.

### Other PLRA Provisions

You should be aware of several other provisions of the PLRA. **(1) "Three Strike" Provision**. If you file three cases or appeals that are dismissed as frivolous, malicious, or failing to state a claim, you will be barred from filing any more cases *in forma pauperis* unless you are in imminent bodily danger. Some common examples of dismissals that will count toward the three-strike limit include, but are not limited to, failure to name a suable and non-immune defendant; failure to allege facts that would indicate a violation of a federal right; dismissal of your action in

response to a defendant's motion to dismiss for failure to state a claim upon which relief may be granted; dismissal of an appeal as frivolous or not taken in good faith. Note: If the district court dismisses your case for one of these reasons, that will count as one strike. If you appeal the dismissal and the court of appeals dismisses your appeal, that may count as a second strike. **(2) Exhaustion.** You are now required to exhaust all your available administrative remedies before bringing an action in federal court. **(3) Physical Injury.** The law now provides that a prisoner, while confined, may not file a federal claim for mental or emotional injury suffered while in custody without a prior showing of physical injury.

### Exhaustion of Administrative Remedies

The Prison Litigation Reform Act requires that a prisoner take all steps required by the prison's grievance system (from filing a grievance to finalizing the appeal process) before filing a lawsuit in federal court. See 42 U.S.C. § 1997e(a). If you do not file a grievance through the prison's grievance procedure, file an appeal, and await a final decision before filing suit, you will undoubtedly experience delay in your case in federal court. This is because the court will need to determine whether or not you have completed the grievance process because the Court is not permitted to hear your claim if you have not completed those necessary steps. If the court finds that you have not completed the grievance process, you may be required to go back and do so before you can proceed in federal court or, if the failure to complete the grievance process was your fault, your case may be dismissed. You do not have to set forth in your federal court complaint that you have, have not, or could not, finish the grievance process. However, in order to avoid delay or possible dismissal of your case in federal court, it might be in your best interest to set out in your complaint the steps you have taken to complete the prison grievance process.

### U.S. Marshal's Forms and Summons

USM 285 forms should be completed and submitted at the time you submit your complaint. Summons will be prepared and issued by the Clerk's office, pursuant to a court order. You must complete a separate USM 285 form for each named defendant, giving the address where the U.S. Marshal can attempt to serve that defendant. No summons will be sent to you. You must provide a completed USM 285 form for each defendant named in your complaint.

### Where to File

Your complaint should be filed in this district only if one or more of the named defendants resides within this district or if the events upon which you base your complaint took place in this district. The Stateville and Sheridan Illinois Correctional Centers are located in the Northern District of Illinois Eastern Division. The Dixon and Thompson Illinois Correctional Centers are located in the Northern District of Illinois Western Division. The Federal Metropolitan Correctional Center in Chicago is located in the Northern District of Illinois Eastern Division. A complaint filed in this court against officials at other state prisons may be subject to dismissal or transfer to the proper district. When these forms are properly completed, mail them to Prisoner Correspondent, United States District Court, 219 S. Dearborn Street, 20th Floor, Chicago IL 60604. Complaints concerning claims arising at the Dixon or Thompson Correctional Center should be sent to the Clerk, United States District Court, 327 S. Court Street, Rockford, IL 61101. Always keep the court informed of your address; failure to do so may result in dismissal of your case.

# I.I.C. Grievance Number:
# <u>2022x 02542</u>

## *Numero De Queja*

Although this R/Supv. cannot substantiate or deny your allegation(s), please be advised that your grievance has been forwarded to the Offices of Professional Review and Divisional Superintendent for their review and/or investigation.

*Aunque este R/Supervisor no puede corroborar o negar su(s) alegación(es), por favor tenga en cuenta que su queja se ha enviado a las Oficinas de Revisión Profesional (OPR) y al Superintendente de División para su revisión y / o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination, or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

# INDIVIDUAL IN CUSTODY COPY

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

Sneed

CONTROL NUMBER: 202202542
INMATE #: 825827

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| | | |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:**

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ):

**DATE REFERRED:** 2/14/22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: 2/14/22 |
|---|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE (Firma del Preso):  
DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida):

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) 02/15/22

I NEED TO SPEAK WITH a SUPERINTENDENT AS SOON AS POSSIBLE!

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐   No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

Response to Grevel - Please re-address your request via Request form submission or by notifying the CRW or CO. Original

| INMATE SERVICES DIRECTOR/DESIGNEE: J. Mueller | SIGNATURE: | DATE: 2/19/22 |
|---|---|---|

### THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE (Firma del Preso): Delv Via COVID19

DATE APPEAL RESPONSE WAS RECEIVED: 2/23/22  02/15/22



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
|  |  |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT – INMATE LAST NAME** *(Apellido del Preso):* NYEMBA
**PRINT – FIRST NAME** *(Primer Nombre):* NIAMEH
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20201106122
**DIVISION** *(División):* 8
**LIVING UNIT** *(Unidad):* 3G
**DATE** *(Fecha):* 02/13/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED – DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED – TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED – SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* C/O's |
|---|---|---|---|
| 02/12/22 | between 3:30 pm to 4:30 pm | Div.9-2H-2058 | MS. G ; MR. LEWIS |

On the above date & time I experienced a traumatic event. Of Ms. G closing/slamming with brutal force my hand in the chuck during blanket exchange I did not pull out of refuse then another C/O Jimmy known as helped her shove the chuck on my left hand I said "Fuck Ms. G began to twist and bend my pinky finger to keep they are not suppose to I said ouch and "Please see you are hurting me please let go" she did not until it BROKE and she said "see what me & Lewis do you turn nigger". When he came out C/O Lewis refused to me stop it some kicking himself but I forgave he said "Fuck with you Bro" I passed out and had a seizure and panic from trauma.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* All inmates 3rd in the will be witnesses & just the demolition camera.

**INMATE SIGNATURE:** *(Firma del Preso)* [signature]

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 2/14/22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)    (**WHITE COPY** – INMATE SERVICES)    (**YELLOW COPY** – CRW/PLATOON COUNSELOR)    (**PINK COPY** – INMATE)

Nyahimba, Niamah 36








RECEIVED
MAR 03 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn St., 20th Floor
Chicago, IL 60604

N. AME
#20201106122
2700 S. California Ave.
Chicago, IL 60608



03/03/2022-7