**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NIAMEH A. TYEHIMBA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-01139 |
| | ) | |
| vs. | ) | Judge Mary M. Rowland |
| | ) | Magistrate Judge Sheila M. Finnegan |
| Cook County D.O.C., | ) | |
| C.O. Ms. Gondek, | ) | |
| C.O. Mr. Lewis, CCDOC Medical staff, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF QUALIFIED
PROTECTIVE ORDER PURSUANT TO HIPAA**

Defendants Officer Gondek and Officer Lewis, by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Robin Williams, and pursuant to the Health Information Portability and Accountability Act ("HIPAA"), 42 U.S.C. 1320(d) and 45 CFR Parts 160 and 164, respectfully request that this Court enter a qualified protective order in the form supplied via email. In support of this Motion, the Defendants state as follows:

1. Plaintiff alleges that on February 12, 2022, Defendant Gondek broke his finger and Defendant Lewis failed to get him medical treatment.

2. Plaintiff asserts claims seeking damages for injuries allegedly suffered by him and allegedly caused and/or exacerbated by Defendants.

3. Plaintiff's medical records will aid in determining if injuries were sustained in relation to the alleged failure to protect, and Plaintiff's medical records will further help reveal the extent of damages.

1

4. The Defendants anticipate that in the course of litigating Plaintiff's claim they will be required to seek Plaintiff's protected health information ("PHI") in the form of medical and mental health records.

5. Further, the litigation of Plaintiff's claim will require the parties, their attorneys, their attorneys' agents, consultants, and various witnesses and other personnel to receive and review copies of PHI related to the insured.

6. The Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. 1320(d) and 45 CFR Parts 160 and 164, prohibits the disclosure of PHI, as defined in 45 CFR 164.501, in judicial proceedings other than by authorization or qualified protective order. *See* 45 CFR 164.512(e).

7. In order to obtain and exchange that information, the Defendants respectfully request that this Court enter the proposed Qualified Protective Order attached hereto as Exhibit A.

**WHEREFORE**, Defendants respectfully request that this Court enter the Order permitting the disclosure and use of PHI related to Plaintiff in connection with the litigation of this action.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Robin Williams*
Robin Williams
Assistant State's Attorneys
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60601
robin.williams@cookcountyil.gov

3

## **CERTIFICATE OF SERVICE**

I, Robin Williams, Assistant State's Attorney, hereby certify that the attached was electronically mailed to the person(s) named below on August 19, 2022.

Niameh A. Tyehimba #20201106122
Cook County Jail
P.O. Box 089002
 Chicago, IL 60608

*/s/ Robin Williams*
Robin Williams
