UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIAMEH A. TYEHIMBA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-01139 |
| | ) | |
| vs. | ) | Judge Mary M. Rowland |
| | ) | Magistrate Judge Sheila M. Finnegan |
| Cook County D.O.C., | ) | |
| C.O. Ms. Gondek, | ) | |
| C.O. Mr. Lewis, CCDOC Medical staff, | ) | |
| | ) | |
| Defendants. | ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

Defendants Officer Gondek and Officer Lewis, ("Defendants"), require the expeditious transfer of Protected Health Information ("PHI"), as that term is used in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), codified primarily at 18, 26 & 42 U.S.C. (2003), in connection with this litigation and further recognize the need to provide for the continued confidentiality of PHI. To achieve these goals:

**THE COURT FINDS:**

1. The following definitions shall apply to this Order:

a) "PHI" means protected health information, as that term is used in HIPAA and the Privacy Standards and defined in 45 C.F.R. §§ 160 & 164 (2003). Without limiting the definition and merely for purposes of providing relevant examples, PHI includes, but is not limited to, health information, including demographic information, relating to either: the past, present, or future physical or mental condition of an individual; the provision of care to an individual; and the payment for care provided to an individual that identifies the individual or which reasonably could be expected to identify the individual.

b) "Privacy Standards" means the Standards for Privacy of Individually Identifiable Health Information. *See* 45 C.F.R. §§ 160 & 164 (2003).

c) "Covered Entities" means those entities defined by 45 C.F.R. § 160.103 (2003).

  d)  "Signatories" means the parties and all other parties and non-parties to this litigation that a court may subsequently recognize as a signatory to this Qualified Protective Order.

  2.  This lawsuit asserts claims seeking damages for injuries allegedly suffered by Plaintiff and allegedly caused and/or exacerbated by Defendants. Accordingly, it may be necessary in this litigation for Signatories to request, produce, receive, subpoena, and transmit the PHI of Plaintiff; and

  3.  HIPAA permits the disclosure and use of PHI in a judicial proceeding without notice to patients if the safeguards set forth below are in place to limit the use and disclosure of PHI. *See* 45 C.F.R. § 164.512(e). Accordingly,

**IT IS HEREBY ORDERED:**

1. The Signatories shall familiarize themselves with HIPAA and the Privacy Standards; and

2. Notwithstanding federal or state law limiting the Signatories' and Covered Entities' authority to disclose PHI, the Signatories and Covered Entities are permitted to release all PHI in their possession in response to a subpoena, discovery request or other lawful process, provided the PHI is relevant to the issues presented in this litigation. This Order specifically permits and requires the disclosure of all psychotherapy notes, as defined under 45 C.F.R. § 164.501, and all other records and notes regarding Plaintiff's mental or emotional health or condition.

3. The Signatories may use the PHI in any manner that is reasonably connected with this lawsuit. This includes, but is not limited to, disclosures to the parties, their attorneys of record, the attorney's professional colleagues (i.e., attorneys, support staff, agents, consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members, and other entities involved in the litigation process.

4. The Defendant Signatories shall not use or disclose the PHI released for this lawsuit for any other purpose or in any other proceeding.

5. The Signatories agree that within 90 days of the issuance of a final order, or the extinguishment of all appeals, all Signatories that obtained PHI during the course of this lawsuit shall destroy said PHI (and all copies of such PHI) or return it to the covered entity from which it obtained the PHI.

E N T E R:

Dated: August 22, 2022

*Mary M Rowland*

MARY M. ROWLAND
United States District Judge