IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIAMEH A. TYEHIMBA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-01139 |
| | ) | |
| vs. | ) | Judge Mary M. Rowland |
| | ) | Magistrate Judge Sheila M. Finnegan |
| Cook County D.O.C., | ) | |
| C.O. Ms. Gondek, | ) | |
| C.O. Mr. Lewis, CCDOC Medical staff, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

**1. The Nature of the Case:**

**A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.**

*Counsel for Plaintiff*
Niameh Tyehimba- Pro Se
# 20201106122
Cook County Jail
2700 South California Avenue
Chicago, IL 60608

*Counsel for Defendants* (Lead)
Robin Clayton
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7930

**B. State the basis for federal jurisdiction.**
This Court has jurisdiction over this matter under 28 U.S.C. § 1331, 42 U.S.C. § 1983, and the Fourteenth Amendment of the United States Constitution.

**C. Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims and/or affirmative defenses.**
The case consists of claims for excessive force claim and medical indifference U.S.C. §1983 against Officers Lewis and Gondek. Plaintiff claimed Officer Gondek slammed his hand in his cell's foodport. He further alleges that Officer Lewis failed to provide him with timely medical care. Defendants dispute Plaintiff's allegations and that any officer committed a constitutional violation.

**D. Describe the relief sought by the plaintiff(s)**

Plaintiff seeks monetary relief.

  **E. State the major legal and factual issues anticipated in the case.**
- None at this time.

  **F. List the names of any parties who have not yet been served.**
- All parties have been served.

**II. Discovery Pending Motions:**

  **A. Describe the general type of discovery needed.**
- Interrogatories,
- Request for production
- Request to admit
- Depositions

  **B. Provide dates for: (1) Rule 26(a)(1) disclosures; (2) issuing the first- set of written discovery requests; (3) fact discovery completion.**
    1. Rule 26(a)(1) disclosures is not applicable as Plaintiff is Pro Se.
    2. Discovery issued by December 12, 2022.
    3. Fact Discovery completed by February 3, 2023.

  **B. At this time, do the parties anticipate there will be expert discovery?**
- No.

  **C. Briefly describe any currently pending motions or anticipated motions.**
- No motions are pending

  **D. State whether the parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)€.**
- Both parties agree.

**III. Trial**

  **A. State whether there has been a jury demand.**
- Defendants requested a jury demand.

  **B. Provide the date by which the parties anticipate being ready for trial.**
- January 2024

  **C. Estimate the length of trial.**
- 4 days

**IV. Consent and Settlement Discussions**

   **A. The court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge. State whether all parties unanimously consent to proceed before the Magistrate Judge.**
- Parties do not consent.

   **B. State whether any settlement discussions have occurred and the status of any settlement discussions.**
- Parties have not engaged in settlement discussions.

   **C. State whether the parties request a settlement conference at this time.**
- Parties do not request a settlement conference at this time.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: *Robin Clayton*
Robin Clayton
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3401

**CERTIFICATE OF SERVICE**

    I, Robin Williams, Assistant State's Attorney, certify that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), I electronically filed the above Joint Status Report and caused it to be served on the Plaintiff via the CM/ECF system on September 8, 2022, and by depositing it in the U.S. Mail on the person listed below on the same date.

Niameh Tyehimba- Pro Se
# 20201106122
Cook County Jail
2700 South California Avenue
Chicago, IL 60608

*Robin Clayton*
Robin Clayton

3