# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Niameh A. Tyehimba

                       Plaintiff,

v.                                         Case No.: 1:22–cv–01139

                                         Honorable Mary M. Rowland

Ms. Gondek, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Case called for hearing. Plaintiff was not made available for today's telephone hearing by the detention center despite defense counsel arranging for his appearance. Defendants have received plaintiff's written discovery responses. Defendants have not yet received plaintiff's medical records from the hospital that was subpoenaed. Telephone status set on 1/19/2023 at 9:30 a.m. The toll–free number for the next hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Defense counsel to make arrangements for plaintiff to appear at the next hearing by telephone. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.