IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIAMEH A. TYEHIMBA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-01139 |
| | ) | |
| vs. | ) | Judge Mary M. Rowland |
| | ) | Magistrate Judge Sheila M. Finnegan |
| Cook County D.O.C., | ) | |
| C.O. Ms. Gondek, | ) | |
| C.O. Mr. Lewis, CCDOC Medical staff, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

**1. The Nature of the Case:**

**A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.**

*Counsel for Plaintiff*
Niameh Tyehimba- Pro Se
# Y55279
Vandalia Correctional Center
P.O. Box 500
Vandalia, IL 62471

*Counsel for Defendants* (Lead)
Robin Williams
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7930

**B. Status Update:**
Defense has not received Plaintiff's medical records. Defense was informed by its record retrieval company that subpoena was served, and St. Anthony's Hospital are in the process of compiling the medical records. Plaintiff was transferred to Vandalia Correctional Center. Defense counsel has requested for Plaintiff to appear for the January 26, 2023, status hearing but has not received confirmation from Vandalia Correctional Center.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:  *Robin Clayton*
Robin Clayton
Assistant State's Attorney
500 Richard J. Daley Center

Chicago, Illinois 60602
Robin.Clayton@cookcountyil.gov

**CERTIFICATE OF SERVICE**

    I, Robin Clayton, Assistant State's Attorney, certify that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), I electronically filed the above Answers to Plaintiff's Complaint and caused it to be served on the Plaintiff via the CM/ECF system on January 23, 2023, and by depositing it in the U.S. Mail on the person listed below on the same date.

Niameh Tyehimba- Pro Se
# Y55279
Vandalia Correctional Center
 P.O. Box  500
Vandalia, IL 62471

*Robin Clayton*