UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Niameh A. Tyehimba
                              Plaintiff,

v.                                                          Case No.: 1:22−cv−01139
                                                          Honorable Mary M. Rowland

Ms. Gondek, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the injuries involved and the production of medical records, Plaintiff's motion for attorney representation [36] is granted. The Court recruits attorney Michael Christopher Mead, Faklis & Tallis, 35 East Wacker Drive, Suite 2250, Chicago, IL 60601, (312) 368−0550, mmead@faklisandtallis.com to represent Plaintiff in accordance with counsel's trial bar obligations under Local Rule 83.37 (N.D. Ill.).Counsel shall enter an appearance in this case by 5/8/23. Recruited counsel falls within the class of users listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States, therefore, counsel shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. Counsel is directed to open a separate PACER account for use in this case only. Fees are exempt for this case and the previously identified cases filed in this court by this plaintiff only; counsel shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of counsel's participation in this matter. This exemption may be revoked at the discretion of the Court at any time. Counsel shall contact the PACER Service Center at 1−800−676 6856 or via the link below to create a new PACER account and to make any necessary arrangements for the waiver. The Clerk is directed to send a copy of this order to Plaintiff, attorney Mead, the Systems Department of the Northern District of Illinois, and the PACER Service Center at http://www.pacer.psc.uscourts.gov/register.html. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.