# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NIAMEH A. TYEHIMBA ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-01139 |
| ) | |
| vs. ) | Judge Mary M. Rowland |
| ) | Magistrate Judge Sheila M. Finnegan |
| Cook County D.O.C., ) | |
| C.O. Ms. Gondek, ) | |
| C.O. Mr. Lewis, CCDOC Medical staff, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:** ASA Robin Williams
500 Richard J. Daley Center
Chicago, Illinois 60602
Robin.Williams@cookcountyil.gov

**PLEASE TAKE NOTICE** that on the **13th** day of **June, 2023**, we have caused to be filed with the Clerk of the U.S. District Court, **PLAINTIFF'S FIRST AMENDED COMPLAINT AT LAW**, a copy of which is attached hereto and served upon you together with this Notice.

/s/Michael C. Mead
Michael C. Med
Attorney for Plaintiff

## *CERTIFICATE OF SERVICE*

I certify that I emailed a true and correct copy of the foregoing Notice of Filing to the attorney listed above at their respective email addresses on June 13, 2023.

/s/Norma Bermudez
Norma Bermudez
Assistant to Attorney Michael C. Mead

Faklis,Tallis & Mead, P.C.
35 East Wacker Dr., Suite 2250
Chicago, Illinois 60601
(312) 368-0550
(312) 419-9876 - Fax