### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Niameh A. Tyehimba

                Plaintiff,

v.                                                                        Case No.: 1:22–cv–01139

                                                                             Honorable Mary M. Rowland

Ms. Gondek, et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 7/13/2023 and continued to 8/22/2023 at 9:30 a.m. Defense counsel requested the Cook County Sheriff to search for and provide any additional video footage (as described by Plaintiff at the last hearing). Since the Sheriff reportedly must request any video from another entity, defense counsel is to promptly seek confirmation from the Sheriff that the request was made (and when). Plaintiff#039;s counsel issued written discovery on 7/10/2023. Defendants do not object to the discovery but intend to seek a stay of the new discovery after filing an anticipated motion to dismiss all of Plaintiff's claims. The parties may contact the courtroom deputy to schedule a settlement conference if agreed. The toll–free number for the next hearing is 877–336–1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.