# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Niameh A. Tyehimba

                      Plaintiff,

v.                                               Case No.: 1:22−cv−01139
                                                   Honorable Mary M. Rowland

Ms. Gondek, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' unopposed motion for extension of time to answer or otherwise plead [50] is granted. The time for Defendants to answer or otherwise plead is extended to 8/19/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.