# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIAMEH A. TYEHIMBA ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-01139 |
| ) | |
| vs. ) | Judge Mary M. Rowland |
| ) | Magistrate Judge Sheila M. Finnegan |
| COOK COUNTY, COOK COUNTY ) | |
| CORRECTIONAL OFFICER GONDEK, ) | |
| COOK COUNTY CORRECTIONAL ) | |
| OFFICER K. LEWIS #18588, and ) | |
| THOMAS J. DART in his official capacity, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

The parties are submitting this Joint Status Report pursuant to the Court's August 22, 2023 minute entry. Defendant is requesting 60 days, up to October 29, 2023, to answer written discovery that was issued by plaintiff on July 10, 2023. The parties are further requesting 60 days thereafter, to December 29, 2023 to complete party and fact witness depositions.

The fact witness may include: the plaintiff's cellmate Christopher Hibbler who may have witnessed the alleged incident; the unknown Cook County Sheriff employee who was with the defendant Gondek at the time of the alleged incident; and any other individuals identified in answers to discovery with knowledge.

In addition, the parties anticipate potentially deposing one or more treating physicians from Saint Anthony Hospital.

Respectfully submitted,
By: /s/Michael C. Mead
Faklis, Tallis & Mead, P.C.
35 East Wacker Drive
Suite 2250
Chicago, Illinos 60601

(312) 368-0550
(312) 419-9876 - Fax
Email: mmead@faklisandtallis.com

## *CERTIFICATE OF SERVICE*

Plaintiff's attorneys hereby certify that on the 29th day of August, 2023, a copy of **JOINT STATUS REPORT,** was filed electronically. Parties may access this filing through the Court's system.

Robin Williams
Krystal Gonzalez
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
Robin.Williams@cookcountyil.gov
Krystal.Gonzalez@cookcountyil.gov

/s/Michael C. Mead
Faklis, Tallis & Mead, PC
35 East Wacker Drive
Suite 2250
Chicago, Illinois 60601
(312) 368-0550
(312) 419-9876 - Fax
Email: michael@faklisandtallis.com