IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIAMEH A. TYEHIMBA ) | |
| ) | Case No. 22-cv-1139 |
| Plaintiff, ) | |
| ) | Judge Mary M. Rowland |
| v. ) | |
| ) | Magistrate Judge Sheila M. Finnegan |
| Cook County, Cook County Correctional ) | |
| Officer Gondek, Cook County Correctional ) | |
| Officer K. Lewis #18588, and ) | |
| THOMAS J. DART in his official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorneys Robin Clayton and Krystal Gonzalez withdrew their appearances for Defendant Cook County Sheriff's Officer Ewelina Gondek, and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Troy S. Radunsky, substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: /s/ Troy S. Radunsky
Troy S. Radunsky (6269281)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **September 12, 2023**.

/s/Zachary Stillman