**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Niameh A. Tyehimba

      Plaintiff,

v.              Case No.: 1:22−cv−01139
                Honorable Mary M. Rowland

Ms. Gondek, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2023:

   MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 11/21/2023 and continued to 12/21/2023 at 10:00 a.m. The parties report that discovery is done except for (a) party depositions that will be completed by 12/13/2023, and (b) Plaintiff's efforts to obtain updated medical records from Vandalia Correctional Center. The 12/5/2023 discovery deadline is extended solely for the purpose of completing the previously−scheduled depositions (by 12/13/2023) and for Plaintiff to obtain the updated medical records. Since Plaintiff has only requested the records through informal means (telephone and email), he is given until 12/5/2023 to issue a subpoena for the records if necessary. The toll−free number for the hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.