## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Niameh A. Tyehimba

                    Plaintiff,

v.                                   Case No.: 1:22–cv–01139

                                   Honorable Mary M. Rowland

Ms. Gondek, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone status hearing held on 12/21/2023 and continued to 12/27/2023 at 12:30 p.m. The three party depositions are complete. Plaintiff has received the updated medical records and will promptly forward to defense counsel. The parties are deciding whether to depose treating healthcare providers, and are to issue any deposition subpoenas by 1/24/2024. As for Plaintiff's Motion for Leave to Depose an Incarcerated Individual (Christopher Hibbler) [69], the unopposed motion failed to note that, aside from depositions of treaters, fact discovery closed on 12/5/2023 except for the three party depositions to be completed by mid December. The Court reluctantly reopens fact discovery for the purpose of deposing Mr. Hibbler, and grants leave to depose this incarcerated person. Plaintiff (and the other parties if they elect to participate) shall complete the deposition on 1/23/2024 in the afternoon unless the Cook County Jail has no availability for a video deposition that day. If not, they are to promptly confirm an alternative date/time. At the 12/27/2023 telephone status, the parties are to provide the date of the deposition. Alternatively, they may provide this information by email (to chambers_finnegan@ilnd.uscourts.gov) and the status hearing will be cancelled. A further telephone status is set on 1/24/2024 at 9:15 a.m. The toll–free number for the hearing is 877–336–1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.