## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Niameh A. Tyehimba

                      Plaintiff,

v.                                             Case No.: 1:22−cv−01139
                                                      Honorable Mary M. Rowland

Ms. Gondek, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 26, 2023:

      MINUTE entry before the Honorable Sheila M. Finnegan: Counsel informed the Court by email dated 12/26/2023 that the Cook County Sheriff has approved the video deposition of Christopher Hibbler on January 23, 2024 at 1:00 p.m. The telephone hearing scheduled on 12/27/2023 is therefore canceled. Telephone status hearing remains set for 1/24/2024 at 9:15 a.m. The toll−free number for the hearing is 877−336−1831, access code 5995354. Participants are directed to keep their device muted when they are not speaking. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.