THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Niameh A. Tyehimba, | ) | |
| | ) | Case No. 22-cv-01139 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Mary M. Rowland |
| | ) | |
| Cook County, C.O. Gondek, | ) | Magistrate Judge Sheila M. Finnegan |
| C.O. Lewis, CCDOC Medical Staff, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **March 18, 2024,** Special Assistant Cook County State's Attorney Troy S. Radunsky, of DeVore Radunsky LLC, withdraws his appearance for Defendant C.O. Gondek, and pursuant to Local Rule 83.17, Special Assistant Cook County State's Attorney Jorie R. Johnson substituted her appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Jorie R. Johnson*
Jorie R. Johnson (ARDC No. 6342749)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: jjohnson@devoreradunsky.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **March 18, 2024**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Jorie R. Johnson*
Jorie R. Johnson