THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIAMEH A. TYEHIMBA, | ) | |
| | ) | Case No. 22-cv-01139 |
| Plaintiff | ) | |
| | ) | |
| v.s. | ) | Judge Mary M. Rowland |
| | ) | |
| Cook County D.O.C | ) | Magistrate Judge Sheila M. Finnegan |
| C.O. Ms. Gondek, C.O. Lewis, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Defendants, Officer Lewis by his attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Robin Clayton, and Officer Gondek, by her attorneys, Jason E. DeVore, and Jorie R. Johnson, of DeVore Radunsky, LLC, ("Defendants") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and moves this Court to extend the time period with which to file their dispositive motion:

1. On May 1, 2024, this Court entered an order setting the briefing schedule for dispositive motions, where motions where to be filed by July 1, 2024, Responses due by July 29, 2024, and Replies due by August 15, 2024. (Dkt. 90.)

2. Undersigned counsel is jointly filing this Motion for Extension of Time on behalf of Defendants Officer Lewis and Officer Gondek to allow for additional time to file their dispositive motions.

3. At this time, Counsel for Defendant Gondek have numerous other demanding obligations in the intervening period which will inhibit their ability to timely complete the dispositive

motion immediately. Counsel has two responsive pleadings, as well as another dispositive motion.

4. Also, pursuant to a court order Counsel must produce a voluminous number of records that require review for another matter pending in this district. These records total over Two-hundred and thirty thousand documents, which need an expedited review in the next few weeks per the court order.

5. Counsel for Co-Defendant Officer Lewis has indicated that they also require additional time to draft their dispositive motion, for similar reasons due to having deadlines for multiple dispositive motions in the same intervening period as the current briefing set for this motion.

6. Defendants accordingly now request a 21-day extension from the original date set by this Court, until July 22, 2024, to file their dispositive motions.

7. Defendants would then also request that the briefing schedule be reset, and Plaintiff be given 28- days until August 19, 2024, to file his Response to the Dispositive motions, and Defendants be given until September 3, 2024, to file any Replies.

8. Under Fed. R. Civ. P. 6(b), this Court "may, for good cause, extend" any deadline before the expiration of that time. Fed. R. Civ. P. 6(b)(1).

9. Additionally, Counsel for Plaintiff has indicated that he has no objection to Defendants request for a 21-day extension to file their dispositive motions and no objection to newly proposed briefing schedule.

10. Not granting an extension of time for Defendants to file their dispositive motions would prejudice Defendants because the current July 1, 2024, due date does not allow sufficient time to properly prepare and submit the motion under Rule 56 under the circumstances.

11. This motion is not being interposed for any improper purpose, undue delay, or harassment.

WHEREFORE, the parties respectfully pray this Honorable Court enter the following Order:

1. Granting Defendants' Unopposed Joint Motion Extension of Time to File a Dispositive Motion;

2. Granting Defendants 21-days until July 22, 2024, to file their Dispositive Motion;

3. Granting Plaintiff 28- days until August 19, 2024, to file his Response to the Dispositive motions;

4. Granting Defendants 14- days until September 3, 2024, to file any Replies, and;

5. And to grant any other relief this Honorable Court deems necessary and just.

 

Respectfully Submitted,
**Defendant Officer Gondek**

By: */s/ Jorie R. Johnson*
Jorie R. Johnson, One of the Attorneys for Defendant

**DEVORE RADUNSKY LLC**
Jason DeVore (ARDC # 6242782)
Jorie R. Johnson (ARDC # 6325695)
230 W. Monroe St., Suite 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

 

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Robin Clayton*
Robin Clayton,
Attorney for Defendant
Officer Lewis

Robin Clayton
Assistant State's Attorney
500 Richard J. Daley Center

Chicago, IL 60602
(312) 603-3401
Robin.Clayton@cookcountysao.org

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff's counsel of record pursuant to ECF, in accordance with the rules of electronic filing of documents on this 26th day of June, 2024.

/s/ *Jorie R. Johnson*
Jorie R. Johnson