# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Niameh A. Tyehimba

                      Plaintiff,

v.                                      Case No.: 1:22–cv–01139
                                           Honorable Mary M. Rowland

Ms. Gondek, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants Gondek and Lewis's unopposed motion for extension of time to file dispositive motion [91] is granted. Defendants' dispositive motion due by 7/22/24. Response due 8/19/24. Replies due 9/3/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.