**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIAMEH A. TYEHIMBA, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 22-cv-01139 |
| | ) | |
| v. | ) | Judge Mary M. Rowland |
| | ) | Magistrate Judge Sheila M. Finnegan |
| COOK COUNTY D.O.C., | ) | |
| C.O. MS. GONDEK, AND | ) | |
| C.O. MR. LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT OFFICER GONDEK'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56

Defendant, Officer Ewelina Gondek, by and through her Special Assistant State's Attorney's, Jason E. DeVore and Jorie R. Johnson of DeVore Radunsky LLC, submit Defendant's Motion for Summary Judgment, Defendant's Local Rule 56.1(a)(2) Statement of Material Fact and Supporting Exhibits, and Defendant's Memorandum of Law in Support of her Motion for Summary Judgment.

Respectfully Submitted,

**Defendant Officer Gondek**
By:     */s/ Jorie R. Johnson*
Jorie R. Johnson, One of the Attorneys for Defendant

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Jorie R. Johnson (ARDC # 6325695)
230 W. Monroe St., Suite 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

### CERTIFICATE OF SERVICE

I, Jorie R. Johnson, hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff's counsel of record pursuant to ECF, in accordance with the rules of electronic filing of documents on this 22nd day of July 2024.

*/s/ Jorie R. Johnson*
Jorie R. Johnson