# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Niameh A. Tyehimba

                         Plaintiff,

v.                                              Case No.: 1:22−cv−01139
                                                 Honorable Mary M. Rowland

Ms. Gondek, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2025:

         MINUTE entry before the Honorable Laura K. McNally. Minute entry [132] is amended as follows: Video status hearing held on 7/10/25. Defense counsel did not appear. The parties are to confer and file a status report which includes a proposed status hearing date corresponding with the conclusion of the next Cook County Board meeting. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.